IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GREGORY AMOS, JR.                                                      PLAINTIFF

v.                              No. 2:21-cv-124-DPM

CITY OF WEST MEMPHIS, ARKANSAS;
and MYLES HUFF, Individually and in
his official capacity as Police Officer for
the City of West Memphis, Arkansas                               DEFENDANTS

## JUDGMENT

Amos's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2022